UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ADT LLC; and The ADT Security Corporation,<br><br>       Plaintiffs,<br><br>              v.<br><br>Skyline Security Management, Inc.; Edwin Arroyave; Matthew Haynes; Genaro Nuñez Hernandez; Robert McGuiness; Juan Ramos; Karen Romero; Nico VanSlyke,<br><br>       Defendants. | Case No. 9:24-cv-80215 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs ADT LLC and The ADT Security Corporation, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, gives notice of their dismissal without prejudice of all claims asserted herein.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

4871-8026-6152

Dated: February 23, 2024.

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: /s/*Jennifer A. McLoone*
Jennifer A. McLoone
Florida Bar No. 029234
jmcloone@shb.com
201 S. Biscayne Blvd., #3200
Miami, Florida 33131
Tel: (305) 358-5171
Fax: (305) 358-7470

      -and-

Charles C. Eblen (*pro hac vice forthcoming*)
ceblen@shb.com
Jason R. Scott (*pro hac vice forthcoming*)
jscott@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel: (816) 474-6550
Fax: (816) 421-5547

      -and-

Eric J. Hobbs (*pro hac vice forthcoming*)
ehobbs@shb.com
1660 17th Street, Suite 450
Denver, Colorado 80202
Tel: (303) 285-5300
Fax: (303) 285-5301

      -and-

Caroline M. Gieser (*pro hac vice forthcoming*)
cgieser@shb.com
1230 Peachtree Street
Suite 1200
Atlanta, Georgia 30309
Tel: (470) 867-6013
Fax: (470) 867-6001

*Counsel for Plaintiffs ADT LLC and The ADT Security Corporation*

4871-8026-6152