**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80215-CIV-CANNON**

**ADT LLC** and **THE ADT**
**SECURITY CORPORATION,**

      Plaintiffs,

v.

**SKYLINE SECURITY MANAGEMENT, INC.,**
**et al,**

      Defendants.

_____/

**ORDER CLOSING CASE**

      **THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal [ECF No. 5], filed on February 23, 2024.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiffs prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective February 23, 2024, the date on which Plaintiffs filed the Notice of Voluntary Dismissal [ECF No. 5].

      The Clerk of Court shall **CLOSE** this case.

      **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 26th day of February 2024.

                                _____
                                  **AILEEN M. CANNON**
                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record